

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00366-CR

April **OROSCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5505
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's brief was originally due August 14, 2019. When it was not filed, we notified appellant that his brief was late and to respond to our notice by September 19, 2019 with a reasonable explanation for failing to timely file the brief. On September 18, 2019, appellant responded, stating he incorrectly calculated his brief due date. In his response, he seeks an extension of time until October 18, 2019 to file his brief. After consideration, we **GRANT** appellant's request and **ORDER** appellant to file his brief **by October 18, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk